# Fitts, *et al. v.* Phœnix Auction Co.

## *Assumpsit.*

(Decided Dec. 19, 1907. 45 So. Rep. 150.)

*Appeal; Waiver of Error; Failure to Urge Objection.*—Assignments of error are considered waived where appellant does no more than refer to the assignments of error and says that the court erred in these several matters.

APPEAL from Birmingham City Court.

Heard before Hon. Charles A. SENN.

Action by the Phoenix Auction Company against Frank Fitts and others. From a judgment for plaintiff, defendants appeal. Affirmed.

HENRY A. JONES, and HUGH MORROW, for appellant. The court erred in sustaining plaintiff's demurrer to the plea. The court erred in overruling defendant's motion to strike parts of the several counts of the complaint. The court erred in sustaining plaintiff's demurrer to the defendant's several pleas. The court erred in giving the several charges requested by the defendant. The court erred in refusing the several charges requested by the defendant.

KERR & HALEY, and BOWMAN, HARSH & BEDDOW, for appellee. No brief came to the Reporter.

HARALSON, J.—The defendants below, appellants, file 128 assignments of error, none of which are referred to in what purports to be brief of counsel, except 5. These assignments of error are not insisted on in argument by defendants' counsel.

They do no more than refer to the assignments of error and counsel say in brief, that the court erred in these

several matters, the insistance being no more, than that the court erred therein. This must be regarded as a waiver of the several assignments.—*Kenan v. Lindsay,* 127 Ala. 273, 28 South. 570; *Pearson v. Adams,* 129 Ala. 169, 29 South. 977; *Ashford v. Ashford,* 136 Ala. 633, 34 South. 10, 96 Am. St. Rep. 82. There being no assignments of error insisted on in argument, they will be treated as waived.

Affirmed.

Tyson, C. J., and Anderson and McClellan, JJ., concur.